# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 20-10356JVS(MAAx) | Date June 22, 2021 |
| Title Cupcake Sushi, LLC, et al v Virgel Allen, et al | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs: | Attorneys Present for Defendants:
--- | ---
Not Present | Not Present

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court ORDERS plaintiff(s), to Show Cause (OSC) in writing no later than **July 23, 2021** why this action should not be dismissed for lack of prosecution as to the defendant. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__ Plaintiff's filing of a motion(s)/application(s) for entry of default judgment

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

**Scheduling Conference set for June 28, 2021 at 10:30 a.m. is VACATED.**

Initials of Preparer    lmb