# JS-6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUPCAKE SUSHI, LLC, a Florida Limited Liability Company; LORI SHUBERT, an Individual; MARIE HRUSKOVA, an Individual; and ALICE JENKINS, an Individual,<br><br>Plaintiffs,<br>v.<br>VIRGEL ALLEN, an Individual; DIVINITY, LLC, a California Limited Liability Company; and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO.<br>2-20-CV-10356JVS(MAAx)<br><br>**JUDGMENT**<br><br><br>Judge:    Hon. James V. Selna<br>Courtroom: 10C |

**IT IS SO ORDERED AND DECARED** that:

    A.    The Letter of Intent dated May 29, 2016, attached as Exhibit A to Plaintiffs' Complaint [Docket No. 1], is void and therefore of no legal force and effect.

    B.    Defendants Virgel Allen nor Divinity, LLC hold any licensing rights to Cupcake Sushi, including its products and patent(s).

**IT IS FURTHER ORDERED THAT**:

    A.    Judgment in the amount of Sixty-Thousand and Zero Cents ($60,000.00), plus post judgment interest at the annual rate of .45 percent (0.45%) is entered in favor of Plaintiff Marie Hruskova against Defendants, jointly and severally, as actual damages.

    B.    Judgment in the total amount of Thirty-Thousand and Zero Cents ($30,000.00), plus post judgment interest at the annual rate of .45 percent (0.45%) is entered in favor of Plaintiff Alice Jenkins against Defendants, jointly and severally, as actual damages.

**SO ORDERED this 10th day of January 2022**.

                                       _____
                                       HONORABLE JAMES V. SELNA
                                       UNITED STATES DISTRICT JUDGE

JUDGMENT